IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHASE EATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-031 |
| | ) | |
| TRANSWORLD SYSTEMS, INC.; | ) | |
| ROOSEN VARCHETTI & OLIVER-GA PLLC (LLC); and | ) | |
| LAZEGA & JOHANSON, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on May 23, 2017. (Doc. no. 1.) Defendants were served on May 25, 2017, (doc. nos. 6, 7, 8), and Defendant Lazega & Johanson, LLC, filed the first answer on June 14, 2017. (Doc. no. 9.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within **fourteen days** of the date of this Order and to file a joint 26(f) Report within **seven days** of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 15th day of August, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA